Carolyn M. Corrado, Esq.
Jadeja-Cimone Law, PC.
50 Clinton Street, Suite 501
Hempstead, NY 11550
ccorrado@jadejacimone.com
Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MANUEL E. HUERTA-MAYANCELA, ) <br><br> *Petitioner,* ) <br><br> v. ) <br><br> TODD BLANCHE, *Acting Attorney General of the* ) <br> *United States,* MARKWAYNE MULLIN, *Secretary)* <br> *of the Department of Homeland Security,* ) <br> TODD M. LYONS, *Acting Director, United* ) <br> *States Immigration and Customs Enforcement,* ) <br> *And* WARDEN *Delaney Hall Detention Facility* ) <br> *in their official capacities,* ) <br><br> *Respondents.* ) | Case No.  26-cv-3797 <br><br> **PETITION FOR WRIT OF** <br> **HABEAS CORPUS** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the petitioner and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Respondents.

**So ORDERED on 4/14/2026:**

_____
**JULIEN XAVIER NEALS**
**United States District Judge**

/s/ *Carolyn M. Corrado*

_____
Carolyn M. Corrado, Esq.
Jadeja-Cimone Law, PC.
50 Clinton Street, Suite 501
Hempstead, NY 11550
ccorrado@jadejacimone.com

1